No. 98-9683. OUTLAW v. RYAN, GOVERNOR OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 98-9684. ROBINSON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied. 

No. 98-9685. ROSEMAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 98-9686. RAMOS v. ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 98-9687. BROWN v. OHIO. Ct. App. Ohio, Huron County. Certiorari denied.

No. 98-9688. CAVALIERI, AKA CAVALIERI-CONWAY v. L. BUT-TERMAN & ASSOCIATES ET AL. C. A. 7th Cir. Certiorari denied. 

No. 98-9689. BARRENO v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98-9690. LYNAS v. GODFREY. C. A. 9th Cir. Certiorari denied.

No. 98-9691. LAUGHLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98-9692. SHAW v. GOMEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-9693. MCDONALD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 98-9694. LOPEZ-GAMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98-9695. CLEARMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98-9696. ALFORD v. WILKINSON, DIRECTOR, OHIO DE-PARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.